Dear: Judge

My name is Wilma Albelo I'm Franasco Diaz wife we been married for 11 years we have 3 girls one is from my first relation and the others 2 from us one have 9 years and the other 6 months he is a very wonderfull husband and father very responsible father. I still thinking how this happen I'm not telling that he is perfect but some times people do mistakes for he with the wrong people and I now he learn the lesson because wright now he is suffering for his kids and we are suffering to and his family to. I'm worried because he has medical conditions he takes a lot of medications for zesures, blood pressure, deppresion, anxiety attacks, panic attacks, asma and diabetis I'm his tuttor in everything because he dont have the abbility to do things and

decisions by his self im just wondering that when you make your decision dont send him far away from his kids me and his family thak you for read my letter I appreciate with all my heart.

Wilma Albelo

Dear Judge,

My name is Nathalie Diaz and I'm 11 years old. I'm Francisco Diaz daughter for me my dad is my hero he was always with me he always took me to school when I was sick he was always there for me and he is a good dad. I miss him a lot please don't send him so far away from me please because sometimes I can't concentrate in school because I'm always thinking about him. I'm thinking if he eats if he is ok because he has medical condition and I'm worried about him. He is a responsible father he gives me good advice about finishing school →

Because he wants me to
have the opportunitie
that he doesn't [have to]
be a professional. Thank you
for taking a little bit
of your time to read my
letter.

                        Nathalie Diaz

Dear: Judge

My name is Yeriles Ortiz I'm 15 years old and I'm Francisco Diaz stepdaughter I'm in my first year of High School and it was very sad for me because he was not there with me when he got married to my mom I was only 3 years old he always give me good advised about school, college and when I need something he always help me for me he is my real dad a wonderfull dad I now my real dad he lives in Puerto Rico and right now he has a several condition Multiple Sclerosis and is very hard for me because I feel that I'm loosing my 2 dads please don't send him far away from me and my 2 sister's we miss him to much thank you for take from your time to read my letter I appeciate.

Yeriles Ortiz

To whom it may concern

My name is Francisco Diaz III, and I am sixteen years old. I met my dad when I was thirteen through my mom who is now out of my life. When I met my father I hardly knew him and I still don't. Right before I turned fourteen I was forced into fostercare by my mother for a year and a half. My mother is now out of the picture and I haven't made contact with her since September of my freshmen year in Highschool. This August I got out of fostercare and I thought that this was the time to finally connect with my father. But since my father is in prison I haven't been able to make up for the time he wasn't in my life. At this time in my life I should be learning how to drive and spending time with my father. Ever since my dad has been inside I haven't really been the same. I'm always either with my aunt or with my stepmom. It's even harder to know that I won't be able to spend the rest of my childhood with atleast one of my parents. I already lost my mother and my sisters and now that my father has come into my life it feels like he left before I got to know him. So please don't take away the only reason why I keep doing good in my life, I want to make my father proud but I need him to be

here with me to strive for my success.
Thank you

*Francisco Diaz III*

3/18/14

To whom it may concern

    I, Angel L. Lebron know Francisco Diaz for about 6 years. Diaz is a very respectful and responsible person I ever met. He is not a violent person. He is a loving husband and a loving father to his kids. He is a good friend and always been there for his family.

Sincerely

Angel Lebron

To whom it may concern that me marilyn Serrano been knowing Francisco Diaz for 9 years he's @ is a really good man he's always there for he's family, nephews, nieces, and friends he helps alot in what he can my kids loves him alot he always helped me alot when i needed someone to talk to he has listened to me and he tells me what i do wrong or what i do good he has earned my respect i got mad love him he's a good very good man.

Sincerely,
Marilyn Serrano

3/18/14

Hi my name is Eric Rivera. I will like to tell you That Francisco Diaz is a Sweet Loving Person and a out going Person. He is very Respectful and Caring. I know Francisco Diaz when i was 12 years old. and now Im 22 years old. He's a helpful Person. He always give me good advice and To my friends. He dont like Problems and argument and He very Classy Person.

Sincerely
Eric Rivera

3/18/14.

My name is Celidamara Martinez been knowing Francisco Diaz for about 10 years. He is a wonderful husband and father to his family. He is not the type of person who looks for problems. Francisco Diaz always been there for his family and friends. He is a devoted person and caring. We miss you and take care

Sincerely

*[signature]*