# COMMONWEALTH OF MASSACHUSETTS
## SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
HAMPDEN, SS.

DOCKET NO.:

12-364

COMMONWEALTH OF MASSACHUSETTS

v.

FRANCISCO DIAZ, Defendant

HAMPDEN COUNTY
SUPERIOR COURT
FILED

MAR - 6 2014

CLERK OF COURTS

## MOTION FOR RE-IMPOSITION OF SENTENCE

Now comes the defendant in the above referenced case and asks this Honorable Court to officially re-impose the sentence as agreed nunc pro tunc to the original date of the imposition of the sentence, April 4, 2013. The defendant pled guilty and was granted a stay of sentence by this Honorable Court and was then arrested and held in custody on a federal indictment from the United States District Court in Springfield, MA. The defendant has been held at the Hampden County House of Correction since the court originally ordered the sentence into effect. The House of Correction has no indication from the court that he has been sentenced on these indictments.

Mr. Diaz will need to be brought to the Superior Court for the imposition of sentence as his presence before this Honorable Court is necessary to effect the sentence and delivery of him to MCI Cedar Junction to serve the sentence.

THE DEFENDANT,
BY COUNSEL,

Terrence M. Dunphy, Esquire
81 State Street
Springfield, Massachusetts 01103
1-413-732-3550, FAX 1-413-732-3552
BBO# 138760
AttorneyDunphy@comcast.net
Date: March 6, 2014

*[Handwritten annotation:]* ALLOWED. Sentence re-imposed nunc pro tunc to April 4, 2013. Ferrara, J. 3/7/14

*[Signature:]* Susan Sullivan, Assistant Clerk

# Commonwealth of Massachusetts
## County of Hampden
## The Superior Court

Hampden, SS

3/7/14 Motion for re-imposition of sentence- Allowed (Ferrara, J)

### MITTIMUS TO Cedar Junction MCI (Walpole)

Docket #HDCR2012-00364-1

To the Sheriff of said County of **Hampden**, his deputies, the Officers hereinafter named and the Superintendent of the **Cedar Junction MCI (Walpole)**

**GREETING:**

**Whereas,** by the consideration of the Superior Court Department of the Trial Court for Criminal Business, holden at **Springfield** within and for the County of Hampden, on the **5th day of February** in the year of our Lord **2013**.
**Francisco Diaz** (a/k/a, if any: )   **(DOB) 09/15/1978**

now in the custody of the Sheriff of said County of **Hampden**, convicted of the crime(S) of:

11/05/2011   FIREARM SALE, IMPROPER c140 s128

for which crime the said **Francisco Diaz** was sentenced to be confined in the **Cedar Junction MCI (Walpole)** for not more than 3 years and 1 day and not less than 3 years, concurrent with 12-662-1 forthwith not withstanding the sentence he is currently serving. Nunc pro tunc to 4/4/13.

The Court in imposing this sentence orders that the defendant **Francisco Diaz** be deemed to have served **0 DAYS** of said sentence in confinement awaiting disposition of this matter. **VICTIM/WITNESS FEE WAIVED.**

We therefore, **command you,** the said Sheriff, Deputies and Officers of the Court to remove the said **Francisco Diaz** from the Jail in **Springfield** the said County of Hampden, to the **Cedar Junction MCI (Walpole)**, and **we command you,** the said Superintendent to receive the said **Francisco Diaz** and immediately thereon to cause the said **defendant** to be confined therein for a term of not more than 3 years and 1 day and not less than 3 years, concurrent with 12-662-1 forthwith not withstanding the sentence he is currently serving, nunc pro tunc to 4/4/13 as aforesaid.

**WITNESS, Barbara J. Rouse,** Chief Justice of said Court and the seal thereof at **Springfield** aforesaid, this **5th day of February** in the year of our Lord **2013**.

..................................................................
Assistant Clerk

William T. Walsh, Jr., Esq.EMG/ss
Hampden, SS.

**RETURN**

Springfield
_____2013

In obedience to the within warrant, I have conveyed the within named defendant to the **Cedar Junction MCI (Walpole)**, and delivered him to the Superintendent thereof with a copy of this warrant.

Deputy Sheriff, of said County
Officer of the Court named within.



# Commonwealth of Massachusetts
## County of Hampden
## The Superior Court

Hampden, SS

3/7/14 Motion for reimposition of sentence- Allowed (Ferrara, J)

## MITTIMUS TO Cedar Junction MCI (Walpole)

Docket #HDCR2012-00364-2

To the Sheriff of said County of **Hampden**, his deputies, the Officers hereinafter named and the Superintendent of the **Cedar Junction MCI (Walpole)**

**GREETING:**

Whereas, by the consideration of the Superior Court Department of the Trial Court for Criminal Business, holden at **Springfield** within and for the County of **Hampden**, on the **5th day of February** in the year of our Lord **2013**.

**Francisco Diaz** (a/k/a, if any: ) (DOB) 09/15/1978

now in the custody of the Sheriff of said County of **Hampden**, convicted of the crime(S) of:

11/05/2011    FIREARM, CARRY WITHOUT LICENSE c269 s10(a)

for which crime the said **Francisco Diaz** was sentenced to be confined in the **Cedar Junction MCI (Walpole)** for not more than 3 years and 1 day and not less than 3 years, concurrent with 12-662-1 and 12-364-1 forthwith notwithstanding the sentence he is currently serving. Nunc pro tunc to 4/4/13.

The Court in imposing this sentence orders that the defendant **Francisco Diaz** be deemed to have served **0 DAYS** of said sentence in confinement awaiting disposition of this matter.

We therefore, **command you**, the said Sheriff, Deputies and Officers of the Court to remove the said **Francisco Diaz** from the Jail in **Springfield** the said County of **Hampden**, to the **Cedar Junction MCI (Walpole)**, and **we command you**, the said Superintendent to receive the said **Francisco Diaz** and immediately thereon to cause the said defendant to be confined therein for a term of not more than 3 years and 1 day and not less than 3 years concurrent with 12-662-1 and 12-364-1 forthwith notwithstanding the sentence he is currently serving. Nunc pro tunc to 4/4/13. as aforesaid.

**WITNESS, Barbara J. Rouse,** Chief Justice of said Court and the seal thereof at Springfield aforesaid, this **5th day of February** in the year of our Lord **2013**.

..................................................
Assistant Clerk

William T. Walsh, Jr. Esq. EMG/ss
Hampden, SS.

**RETURN**

Springfield
_____2013

In obedience to the within warrant, I have conveyed the within named defendant to the Cedar Junction MCI (Walpole), and delivered him to the Superintendent thereof with a copy of this warrant.

_Susan G. Sullivan_

Deputy Sheriff, of said County
Officer of the Court named within.

# COMMONWEALTH OF MASSACHUSETTS
## SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
HAMPDEN, SS.

DOCKET NO.: 12-662

HAMPDEN COUNTY
SUPERIOR COURT
FILED
MAR - 6 2014

CLERK OF COURTS

**COMMONWEALTH OF MASSACHUSETTS**

v.

**FRANCISCO DIAZ, Defendant**

### MOTION FOR RE-IMPOSITION OF SENTENCE

Now comes the defendant in the above referenced case and asks this Honorable Court to officially re-impose the sentence as agreed nunc pro tunc to the original date of the imposition of the sentence, April 4, 2013. The defendant pled guilty and was granted a stay of sentence by this Honorable Court and was then arrested and held in custody on a federal indictment from the United States District Court in Springfield, MA. The defendant has been held at the Hampden County House of Correction since the court originally ordered the sentence into effect. The House of Correction has no indication from the court that he has been sentenced on these indictments.

Mr. Diaz will need to be brought to the Superior Court for the imposition of sentence as his presence before this Honorable Court is necessary to effect the sentence and delivery of him to MCI Cedar Junction to serve the sentence.

THE DEFENDANT,
BY COUNSEL,

Terrence M. Dunphy, Esquire
81 State Street
Springfield, Massachusetts 01103
1-413-732-3550, FAX 1-413-732-3552
BBO# 138760
AttorneyDunphy@comcast.net
Date: March 6, 2014

*Handwritten annotation:* ALLOWED. Sentence re-imposed, nunc pro tunc to April 4, 2013. /s/ Josara, J. 3/7/14

*Deputy Assistant Clerk signature:* Susan Sullivan

12

# Commonwealth of Massachusetts
## County of Hampden
## The Superior Court

Hampden, SS

3/7/14 Motion for re-imposition of sentence- Allowed (Ferrara, J)

**MITTIMUS TO Cedar Junction MCI (Walpole)**

Docket #HDCR2012-00662-3

To the Sheriff of said County of Hampden, his deputies, the Officers hereinafter named and the Superintendent of the **Cedar Junction MCI (Walpole)**

**GREETING:**

**Whereas**, by the consideration of the Superior Court Department of the Trial Court for Criminal Business, holden at **Springfield** within and for the County of **Hampden**, on the **5th day of February** in the year of our Lord **2013**.
**Francisco Diaz** (a/k/a, if any: )   (DOB) 09/15/1978)

now in the custody of the Sheriff of said County of Hampden, convicted of the crime(S) of:

08/12/2011    FIREARM SALE, IMPROPER c140 s128

for which crime the said **Francisco Diaz** was sentenced to be confined in the **Cedar Junction MCI (Walpole)** for not more than 3 years and 1 day and not less than 3 years, concurrent with 12-662-1, forthwith notwithstanding the sentence he is currently serving. Nunc pro tunc to 4/4/13.

The Court in imposing this sentence orders that the defendant **Francisco Diaz** be deemed to have served **0  DAYS** by agreement of said sentence in confinement awaiting disposition of this matter.

We therefore, **command you**, the said Sheriff, Deputies and Officers of the Court to remove the said **Francisco Diaz** from the Jail in **Springfield** the said County of **Hampden**, to the **Cedar Junction MCI (Walpole)**, and **we command you**, the said Superintendent to receive the said **Francisco Diaz** and immediately thereon to cause the said **defendant** to be confined therein for a term of not more than 3 years and 1 day and not less than 3 years concurrent with 12-662-1 **forthwith notwithstanding the sentence he is currently serving. Nunc pro tunc to 4/4/13 as aforesaid.**

**WITNESS**, Barbara J. Rouse, Chief Justice of said Court and the seal thereof at Springfield aforesaid, this **5th day of February** in the year of our Lord **2013**.

.....................................................................
Assistant Clerk

William T. Walsh, Jr., Esq. EMG/ss

**RETURN**

Hampden, SS.

Springfield _____ 2013

In obedience to the within warrant, I have conveyed the within named defendant to the Cedar Junction MCI (Walpole), and delivered him to the Superintendent thereof with a copy of this warrant.


Deputy Assistant Clerk

Deputy Sheriff, of said County
Officer of the Court named within.

# Commonwealth of Massachusetts
## County of Hampden
## The Superior Court

Hampden, SS

**3/7/14 Motion for re-imposition of sentence- Allowed (Ferrara, J)**

### MITTIMUS TO Cedar Junction MCI (Walpole)

**Docket #HDCR2012-00662-1**

To the Sheriff of said County of **Hampden**, his deputies, the Officers hereinafter named and the Superintendent of the **Cedar Junction MCI (Walpole)**

**GREETING:**

**Whereas,** by the consideration of the Superior Court Department of the Trial Court for Criminal Business, holden at **Springfield** within and for the County of **Hampden**, on the **5th day of February** in the year of our Lord **2013**.
**Francisco Diaz** (a/k/a, if any: )  (DOB) **09/15/1978**)

now in the custody of the Sheriff of said County of **Hampden**, convicted of the crime(S) of:
08/12/2011   POSSESS FIREARM WITHOUT F.I.D. CARD C 269, S 10(a)

for which crime the said **Francisco Diaz** was sentenced to be confined in the **Cedar Junction MCI (Walpole) for not more than 3 years and 1 day and not less than 3 years forthwith notwithstanding the sentence he is currently serving. Nunc pro tunc to 4/4/13.**

The Court in imposing this sentence orders that the defendant **Francisco Diaz** be deemed to have served **0 DAYS** by agreement of said sentence in confinement awaiting disposition of this matter. **VICTIM/WITNESS FEE WAIVED.**

We therefore, **command you**, the said Sheriff, Deputies and Officers of the Court to remove the said **Francisco Diaz** from the Jail in **Springfield** the said County of **Hampden**, to the **Cedar Junction MCI (Walpole)**, and **we command you**, the said Superintendent to receive the said **Francisco Diaz** and immediately thereon to cause the said **defendant** to be confined therein for a term of not more than 3 years and 1 day and not less than 3 years **forthwith notwithstanding the sentence he is currently serving. Nunc pro tunc to 4/4/13** as aforesaid.

**WITNESS,** Barbara J. Rouse, Chief Justice of said Court and the seal thereof at **Springfield** aforesaid, this **5th day of February** in the year of our Lord **2013**.

..................................................
Assistant Clerk

William T. Walsh Jr., Esq. EMG/ss
Hampden, SS.

**RETURN**

Springfield _____ 2013

In obedience to the within warrant, I have conveyed the within named defendant to the Cedar Junction MCI (Walpole), and delivered him to the Superintendent thereof with a copy of this warrant.

Deputy Sheriff, of said County
Officer of the Court named within.